JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTER BAILEY, | ) Case No. CV 19-9538 FMO (JEMx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| RICARDO MUNGUIA, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2020.

/s/<br>
Fernando M. Olguin<br>
United States District Judge